NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARIUS Q. JOHNSON,           )
                             )
          Appellant,         )
                             )
v.                           )        Case No. 2D18-2735
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

PER CURIAM.

        Affirmed.  See Butler v. State, 838 So. 2d 554 (Fla. 2003); State v. Ayers,

901 So. 2d 942 (Fla. 2d DCA 2005); Knarich v. State, 866 So. 2d 165 (Fla. 2d DCA

2004); Contreras v. State, 749 So. 2d 524 (Fla. 2d DCA 1999).

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.